# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

LEANNA K. RUSSELL

    v.

MICHAEL J. ASTRUE

                           Case Number: 07-5031-CV-SW-WAK

__     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED THAT:** the decision of the Commissioner is affirmed and this case is dismissed.


*ENTERED ON: December 27, 2007*

                                             *Patricia L. Brune*
*December 27, 2007*                                     Clerk
Date

                                             */s/ J Price*
                                           *J Price*
                                           *(By) Deputy Clerk*